THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROBERT L. MANNS, Petitioner-Appellant.

(No. 56646;

First District—April 27, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Price, Cushman, Keck and Mahin, of Chicago, (Frederick N. Bates and Edward L. Overtree, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Themis N. Karnezis, Assistant State's Attorneys, of counsel,) for the People.